Thomas D. Austin et al., by Thomas M. Rowlette, their Guardian ad Litem, Appellants, *v.* Louis W. Slocum et al., Respondents.

(Submitted April 16, 1900; decided April 20, 1900.)

Motion to prefer an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1900, affirming a judgment in favor of defendants, and an order denying a motion for a new trial.

The motion was made upon the ground that the appeal is from an adjudication upon a will in which the executors are joined as parties defendant, and, therefore, is entitled to preference under subdivision 5 of section 791 of the Code of Civil Procedure.

*Greene & Stotesbury* for motion.

No one opposed.

Motion denied, without costs.